## *Samuel Stryker* v. *Thomas Turnbull, Robert Denton and Bernardus Voorhees.*

HARISON, on behalf of the defendants, moved for a foreign and struck jury, to be taken from the city and county of *New-York,* on an affidavit, stating that the suit was prosecuted at the joint expense of the inhabitants of the town of *Gravesend* in *King's county,* who had combined for the maintenance of a supposed right, claimed by them as inhabitants of the said town, of erecting huts for the purpose of fishing, upon the lands of the defendants ; of taking and heaping up sea-weed, and carrying it away at their pleasure, and that other claims and disputes, in some respects of a similar nature, exist in the neighbouring county of *Richmond.*

*Baldwin,* contra. The same principle would warrant the application in most insurance causes. Those interested in a point, contribute their *quotas* towards the defence. No more is done here. But why not take the jury from *Queen's* or any other county on *Long-Island ?*

KENT, C. J. This is a cause in which the right of fishery will come in question. Where the counties are so small as these mentioned, an impartial trial cannot be had, on a claim of a general nature. *New-York* is as near as any other, and where a right of fishery, or any similar claim is to be litigated, it is, in my

3 N

May Term, 1805. opinion, sufficient to take the matter from a *Long-Island* jury. The expense is at the door of the party who applies, and the contribution to support the suit, shows strongly the disposition of the county.